**No. 59905.**—A. L. Erlanger Co., Inc. *v.* United States, protest 209174–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of waste of rayon or other synthetic textile similar in all material respects to that the classification of which was involved in *A. L. Erlanger Co., Inc.* v. *United States* (35 Cust. Ct. 189, C. D. 1742), the claim of the plaintiff was sustained.